UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-1490 JAR |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on Petitioner's § 2254 Habeas Corpus Petition. Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Thomas C. Mummert, who filed a Report and Recommendation on July 31, 2014. (Doc. No. 13) Magistrate Judge Mummert recommends that the Court deny Petitioner's § 2254 Petition. The parties were advised they had fourteen days to file written objections to the Report and Recommendation. Petitioner requested and was granted a fifteen day extension of time to file his response to the Report and Recommendation. (Doc. No. 15) On August 20, 2014, Petitioner filed his objections reasserting the same grounds for relief presented in his habeas petition. (Doc. No. 16) After de novo review of the entire record in this matter, the Court adopts Magistrate Judge Mummert's report and recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [13] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Petitioner Andrew Roberson's § 2254 Habeas Corpus Petition [1] is **DENIED**.

**IT IS FURTHER ORDERED** that because Petitioner cannot make a substantial showing of the denial of a constitutional right the Court will not issue a certificate of appealability. See Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 525 U.S. 834 (1998).

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2014.